ST. JON PACKAGING COMPANY, INC. *v.*
GEORGE S. RHODES

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*George S. Rhodes,* pro se, in support of the petition.

*Jack D. Barnston,* in opposition.

Submitted April 14—decided May 6, 1975

CITY OF NEW BRITAIN *v.* ANDREW GLOWASKY

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Frederick W. Odĕll,* in support of the petition.

*Andrew S. Aharonian,* in opposition.

Submitted April 14—decided May 6, 1975

WILLIAM H. DAVIS *v.* JEAN E. DAVIS

The plaintiff's motion for a review of the trial court's order filed April 7, 1975, in the appeal from the Superior Court in Hartford County is granted and the relief requested therein is denied.

*Catherine P. Kligerman,* in support of the motion.

Submitted April 15—decided May 6, 1975

MARY ATWOOD ET AL. *v.* REGIONAL SCHOOL
DISTRICT No. 15 ET AL.

The motion by the named defendant to expedite the appeal from the Superior Court for the judicial district of Waterbury is denied.

*Thomas L. Brayton,* in support of the motion.

*Kenneth H. Murray,* in opposition.